IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA ) CR NO. 1:07cr325-WC
) [18 USC 13; Code of Ala.
V. ) 32-5A-191(a)(1)(2)]
)
LYDOMONICK R. ROBERTS ) INFORMATION

The United States Attorney charges:

On or about the 12th of August 2007, at Fort Rucker, Alabama, in the Middle District of Alabama, LYDOMONICK R. ROBERTS, did unlawfully operate a motor vehicle while there was 0.08 percent or more by weight of alcohol in her blood, and did unlawfully operate a motor vehicle while under the influence of alcohol in violation of Title 18, Section 13, United States Code, and Title 32, Section 5A-191(a)(1) and (2), Code of Alabama 1975.

        LEURA GARRETT CANARY
        UNITED STATES ATTORNEY

        KENT B. BRUNSON
        ASSISTANT U.S. ATTORNEY

        EMILY M. R. SANCHEZ
        SPECIAL ASSISTANT U.S. ATTORNEY
        GA BAR NO. 142573
        Office of the Staff Judge Advocate
        Soldier Service Center, Building 5700
        Fort Rucker, Alabama 36362-5000
        (334) 255-9141

STATE OF ALABAMA           )        AFFIDAVIT
                           )
DALE COUNTY                )

The undersigned, being first duly sworn, deposes and says:

I am a Military Policeman at Fort Rucker, Alabama. Investigation revealed that at approximately 10:07 P.M., August 12, 2007, a red Nissan Sentra approached the Fort Rucker ID Checkpoint entrance at the Daleville Gate. The CDA Security Guard detected a strong odor of an alcoholic beverage emitting from the person of the driver. I was dispatched to the Daleville Gate where I detected an odor of alcohol from the driver's person. The driver was identified as LYDOMONICK R. ROBERTS. I administered three field sobriety tests to LYDOMONICK R. ROBERTS, all of which she failed or was unable to perform. LYDOMONICK R. ROBERTS was advised of the Alabama Implied Consent Law, apprehended and transported to the Military Police station, where she provided a breath sample for a breathalyzer test resulting in a .23% BAC. LYDOMONICK R. ROBERTS was issued a memorandum of suspension of her installation driving privileges and later released to her recognizance.

_____
ADAM BISHOP, SGT, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this __7__ day of __November__ 2007.

_____
NOTARY PUBLIC

My commission expires: NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 2, 2011
BONDED THRU NOTARY PUBLIC UNDERWRITERS