IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR NO.  1:07cr325-WC |
| ) | |
| LYDOMONICK R. ROBERTS ) | |

## ORDER ON MOTION

On March 5, 2008, the defendant, LYDOMONICK R. ROBERTS, filed a motion for appointment of counsel.  Upon further review, the court finds that the defendant, LYDOMONICK R. ROBERTS, is ***not*** eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A.  Defendant has failed to establish a basis for appointment of counsel, therefore, it is

ORDERED that the motion is DENIED.

Date:   March 5, 2008

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE