IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO.: 1:07cr325-WC |
| | ) | |
| LYDOMONICK R. ROBERTS | ) | |

## ORDER ON MOTION

On March 5, 2008, the defendant, LYDOMONICK R. ROBERTS, filed a motion to appoint counsel. The motion was denied on March 5, 2008. On March 11, 2008, the defendant made an oral motion to appoint counsel and filed another financial affidavit. Upon review of the Financial Affidavit submitted by the defendant, the court finds that the defendant, LYDOMONICK R. ROBERTS, is eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A with the exception that defendant pay $150.00 a month toward attorney fees. Therefore, it is

ORDERED that the motion is GRANTED to the extent that the defendant pay $150.00 a month to the Clerk's Office, U.S. District Court, toward her attorney fees . The Clerk shall appoint the Public Defender to represent the defendant for all further proceedings. The Public Defender shall file a notice of appearance in the above-styled case.

Done this 12th day of March, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE