IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 1:07-CR-325-WC |
| | ) | |
| LYDOMONICK R. ROBERTS | ) | |

### UNOPPOSED MOTION TO CONTINUE TRIAL

NOW COMES the Defendant, Lydomonick R. Roberts, by and through undersigned counsel and respectfully moves this Court to continue the trial from the present trial date of May 12, 2008, until a later date. In support of this Motion, defendant would show:

1. On March 27, 2008, Mrs. Roberts began a six week in-patient program for alcohol at Stepping Stone Recovery in Jacksonville, Florida.

2. Government counsel does not oppose this motion.

WHEREFORE, defendant respectfully requests that this Motion be granted.

Dated this 28th day of March, 2008.

**MOTION DENIED**

THIS 31 DAY OF March, 2008
_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

s/ Aylia McKee
AYLIA MCKEE
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: aylia_mckee@fd.org
ASB-6178-A39M