# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 1:07-CR-325-WC** |
| ) | |
| **LYDOMONICK R. ROBERTS** ) | |

## NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the Defendant, **LYDOMONICK R. ROBERTS,** by and through undersigned counsel, Aylia McKee, and notifies the Court of her intent to change her previously entered plea of not guilty to guilty.

Dated this 28th day of April, 2008.

Respectfully submitted,

s/ Aylia McKee
AYLIA MCKEE
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: aylia_mckee@fd.org
ASB-6178-A39M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 1:07-CR-325-WC** |
| | ) | |
| **LYDOMONICK R. ROBERTS** | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Kent Brunson, Esquire

Emily Ruisanchez, Esquire

          Respectfully submitted,

          s/ Aylia McKee
          AYLIA MCKEE
          Assistant Federal Defender
          201 Monroe Street, Suite 407
          Montgomery, Alabama 36104
          Phone: (334) 834-2099
          Fax: (334) 834-0353
          E-mail: aylia_mckee@fd.org
          ASB-6178-A39M