IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | 1:07cr325-WC |
| ) | |
| LYDOMONICK R. ROBERTS ) | |

## **ORDER**

The defendant, LYDOMONICK R. ROBERTS, has indicated to the court that he wishes to enter a change of plea. Therefore, it is

ORDERED that the defendant, LYDOMONICK R. ROBERTS, appear with counsel before the Magistrate Judge Wallace Capel, Jr. on May 13, 2008 at 10:00 a.m. at Soldier Service Center, Building 5700, Room 342, Ft. Rucker, AL to enter a change of plea.

It is further ORDERED that the trial currently set for May 12, 2008 is continued generally.

DONE this 29th day of April, 2008.

/s/ Wallace Capel, Jr
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE